## Joseph Moffett, Appellee, v. Calumet & South Chicago Railway Company, Appellant.

### Gen. No. 22,936.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. RICHARD S. TUTHILL, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1916. Reversed and remanded. Opinion filed December 21, 1917.

### Statement of the Case.

Action by Joseph Moffett, plaintiff, against Calumet & South Chicago Railway Company, defendant, to recover damages for injuries sustained by plaintiff while a passenger on defendant's car. From a judgment for plaintiff for $3,000, defendant appeals.

JOHN E. KEHOE and CHARLES LE ROY BROWN, for appellant; JOHN R. GUILLIAMS, of counsel.

COBURN & BENTLEY, for appellee.

MR. JUSTICE MATCHETT delivered the opinion of the court.

### Abstract of the Decision.

1. EVIDENCE, § 399*—*when answer of medical witness invades province of jury.* The answer of a medical witness to a hypothetical question and as to his opinion whether or not a connection existed between the supposed accident and plaintiff's appendicitis several months later, that "this was a traumatic appendicitis due to this accident," *held* erroneously admitted over objection, as invading the province of the jury.

2. DAMAGES, § 250*—*when errors cannot be cured by a remittitur.* Where a verdict was excessive upon the evidence properly admitted, and evidence was improperly admitted and also evidence improperly excluded as to a connection between the injury complained of and appendicitis occurring some time later, in an action

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

to recover damages for such injury, *held* that the errors in such improper admission and exclusion of evidence could not be cured by a remittitur.

Patrick McCarthy, Appellee, v. C. H. Morgan and J. H. Sullivan, trading as C. H. Morgan and Company, Appellants.

### Gen. No. 23,477.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. WILLIAM N. GEMMILL, Judge, presiding. . Heard in this court at the October term, 1917. . Reversed and judgment of *nil capiat* and for costs here.   Opinion filed December 24, 1917.

### Statement of the Case.

Action by Patrick McCarthy, plaintiff, against C. H. Morgan and J. H. Sullivan, trading as C. H. Morgan & Company, defendants, to recover for injury to plaintiff's horse.   From a judgment for plaintiff for $100, on remittitur, defendants appeal.

Plaintiff's statement of claim was:

"Plaintiff's claim is for damages to his horse; for veterinary services expended in attempting to cure said animal; for loss of services, all occasioned by the negligence of the defendants, and each of them, their agents and servants in that behalf, in carelessly and negligently operating their automobile on, to-wit: October 20, 1913, at or near the intersection of 51st street and Vincennes avenue in the City of Chicago; and without giving any warning of the approach of said automobile, and for running the same at a dangerous and reckless rate of speed, and for the negligent operation thereof, resulting in damage to the plaintiff as follows:   depreciation of value of horse, $275; loss of services of horse, 24 days at $6 per day, $144 (said horse being part of double team).   Veterinary bill for attending said horse, $10.   Total $429."